GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, Liquidator of the EQUITABLE CASUALTY AND SURETY COMPANY, Respondent, *v.* SAMUEL D. FRIEDMAN et al., Doing Business under the Firm Name of FRIEDMAN BROS. & Co., Appellants.

(Argued October 2, 1933; decided October 10, 1933.)

*Abraham Benedict* for motion.
*Abraham J. Halprin* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements.